# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

September 19, 2019

## Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 18-2054<br><br>VICTORIA WEILAND and DEANNA CHRONES,<br>    *Plaintiffs-Appellees*,<br><br>        *v.*<br><br>SHAWN LOOMIS,<br>    *Defendant-Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 17 C 6111<br>Amy J. St. Eve, *Judge*. |

## Order

The opinion of this court issued on September 18, 2019, is amended as follows:

Page 4, "*Mullenix v. Luna*, 136 S. Ct. 305, 308 (2005);" should be "*Mullenix v. Luna*, 136 S. Ct. 305, 308 (2015);".